IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JANICE TURNAGE, for and on behalf　　　　　　　　　　　　　　　　　　PLAINTIFF
Of ELLA MAE TINGLE

v.　　　　　　　　　　　　　　　　　　CIVIL ACTION NO. 4:07-cv-00026-DPJ-JCS

HILLTOP MISSISSIPPI HEALTHCARE, LLC　　　　　　　　　　　　　　　DEFENDANT

ORDER OF DISMISSAL WITHOUT PREJUDICE

This day this cause having come before the Court on Defendants' Motion to Dismiss on the grounds that plaintiff failed to provide the Certificate of Expert Consultation required by Mississippi Code Annotated § 11-1-58, and this Court, being advised that plaintiff has confessed said Motion, is of the opinion that said Motion is well taken and should be, and the same is hereby, granted.

IT IS THEREFORE ORDERED AND ADJUDGED that this cause be, and the same is hereby, dismissed without prejudice, with the parties to bear their respective costs.

**SO ORDERED AND ADJUDGED** this the 29th day of March, 2007.

　　　　　　　　　　　　　　　　　　　　　　　s/ *Daniel P. Jordan III*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

AGREED TO:

/s/ *Ellis Turnage*
Ellis Turnage, Esquire
Attorney for Plaintiff

/s/ *Spencer Beard*
Lisa Williams McKay, Esquire
G. Spencer Beard, Jr., Esquire
Attorneys for Defendant